## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Trenton, NJ

JASON FALZARANO

                Plaintiff,

v.                                 Case No.: 3:17–cv–08472–MAS–TJB

                                  Judge Michael A. Shipp

GC SERVICES, LP

                Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 27th day of February, 2018,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

/s/ Michael A. Shipp

_____
MICHAEL A. SHIPP United States District Judge